IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00257-AP

MIKE A. QUINTANA,

        Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    FREDERICK W. NEWALL
    730 N. Weber St., Suite 101
    Colorado Springs, CO 80903
    (719) 633-5211
    (719) 635-6503 (fax)

    For Defendant:
    THOMAS H. KRAUS
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-0017
    (303) 844-0770 (fax)

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed: 02/15/06**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office: 04/28/06**

    **C.**    **Date Answer and Administrative Record Were Filed: 07/10/06**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**There are no issues with the accuracy or completeness of the administrative record.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**None anticipated.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**This case does not involve unusually complicated or out-of-the-ordinary claims.**

**7. OTHER MATTERS**

**None.**

**8. PROPOSED BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:  October 18, 2006**

    **B.**    **Defendant's Response Brief Due:  November 29, 2006**

    **C.**    **Plaintiff's Reply Brief (If Any) Due: December 14, 2006**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement: Oral Argument not requested.**

    B.    **Defendant's Statement:  Oral Argument not requested.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 8th   day of September , 2006.

                                       BY THE COURT:

                                       S/John L. Kane
                                       U.S. DISTRICT COURT JUDGE

APPROVED:

                                          UNITED STATES ATTORNEY

s/ Frederick W. Newall                          s/ Thomas H. Kraus
By: Frederick W. Newall, Esq., #10269      By: THOMAS H. KRAUS
730 N. Weber St., Suite 101                     Special Assistant U.S. Attorney
Colorado Springs, CO 80903
(719) 633-5211                                   *Mailing Address:*
(719) 635-6503 (fax)                          1961 Stout St., Suite 1001A
newallfrederickw@qwest.net                Denver, Colorado  80294
                                                   Telephone:  (303) 844-0017
Attorney for Plaintiff                             tom.kraus@ssa.gov

                                                   *Street Address:*
                                                   United States Attorney's Office
                                                   1225 Seventeenth Street, Suite 700
                                                   Denver, Colorado  80202
                                                   Telephone:  (303) 454-0100

                                                   Attorney for Defendant(s)