UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:     **1:06-cv-00257-RPM**

**MIKE A. QUINTANA**,

                           Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                           Defendant.

## PROPOSED ORDER FOR EAJA ATTORNEY FEES

      The matter before the Court is Plaintiff's Motion For Attorney Fees Under EAJA filed on June 6, 2007.  The Court being fully advised in the premises hereby grants said Motion.

      IT IS FURTHER

      **ORDERED** that the Defendant pay to the order of Plaintiff, attorney fees under EAJA in the amount of $4,569.96,  to the Plaintiff's attorney in care of the Plaintiff.

      DATED at Denver, Colorado, this 13th day of June,  2007

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              THE HONORABLE RICHARD P. MATSCH
                                              United States District Court Judge