# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:     **06-cv-00257-RPM**

**MIKE A QUINTANA,**

                Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                Defendant.

## ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

Upon consideration of Plaintiff's Motion for an Award of Attorney's Fees Under 42 U.S.C. § 406(b) filed June 29, 2009, it is

**ORDERED** that the Plaintiff's attorney shall be entitled to receive, from Plaintiff's past due benefits, an additional amount of $3,326.40 under 42 U.S.C. § 406(b) for representation in this Court.

DATED at Denver, Colorado, this 17th day of July, 2009.

BY THE COURT:

s/Richard P. Matsch
_____
THE HONORABLE RICHARD P. MATSCH
United States District Court Judge